AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LAWRENCE SEAN Q.,

*Plaintiff*

v.

ANDREW SAUL,
Commissioner of Social Security,

*Defendant*

)
)
)
)
)
)

Civil Action No. 1:20-cv-03063-SMJ

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2021

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ___ recover from the defendant *(name)* ___ the amount of ___ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ___ recover costs from the plaintiff *(name)* ___ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 20, is GRANTED.  This matter is remanded to the Social Security Administration for further proceedings.
Defendant's Motion for Summary Judgment, ECF No. 21, is DENIED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.

☐ tried by Judge ___ without a jury and the above decision was reached.

☑ decided by Judge SALVADOR MENDOZA, JR. on a motion for summary judgment.

Date: 5/4/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez